# EXHIBIT 1

FILED 7/14/2017 4:15:40 PM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| COLLETTE McDONALD and COLLETTE McDONALD & ASSOCIATES, LLC ) ) ) Plaintiff, ) ) v. ) ) ALEXANDER E. KAHN, THE LAW OFFICE OF ALEXANDER E. KAHN, LLC, and TROY HOLDINGS, LLC ) ) ) ) ) Defendants. ) | CIVIL ACTION FILE NO.: 17CV7642 |

## COMPLAINT

Plaintiffs Collette McDonald and Collette McDonald & Associates, LLC (hereinafter jointly referred to as "McDonald") submit the following as their Complaint and show the Court as follows:

1.

Defendant Alexander E. Kahn (hereinafter "Kahn") is an individual believed to be living at 3977 St. Clair Court, Atlanta, Georgia 30319, is subject to the jurisdiction and venue of this Court and may be personally served with this Complaint.

2.

Defendant The Law Office of Alexander E. Kahn, LLC (hereinafter "Law Office") is an administratively dissolved Georgia limited liability company, is subject to the jurisdiction and venue of this Court and may be served through its last registered agent, Alexander E. Kahn, 3977 St. Clair Court, Atlanta, Georgia 30319.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 1 -

3.

Defendant Troy Holdings, LLC (hereinafter "Troy Holdings") is an administratively dissolved Georgia limited liability company, is subject to the jurisdiction and venue of this Court and may be served through its last registered agent, The Law Office of Alexander E. Kahn, 3977 St. Clair Court, Atlanta, Georgia 30319.

4.

Beginning in 2011, Kahn and Law Office began providing legal and financial advice to McDonald.

5.

In March 2012, Kahn and Law Office formed Troy Holdings.

6.

Kahn and Law Office encouraged McDonald to provide funds to Troy Holdings as an investment vehicle.

7.

Over the past 5 years, McDonald provided over $300,000 to Troy Holdings.

8.

Over the past 5 years, the defendants represented to McDonald that Troy Holdings was achieving 10% returns on the money provided by McDonald.

9.

Over the past 5 years, the defendants represented to McDonald that she was a 75% owner of Troy Holdings.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 2 -

10.

Over the past 5 years, McDonald has repeatedly requested that defendants provide her with a copy of the Operating Agreement of Troy Holdings.

11.

Over the past 5 years, despite repeated requests, defendants have never provided McDonald with any Operating Agreement of Troy Holdings.

12.

Over the past 5 years, McDonald has repeatedly requested that defendants provide her with financial statements and investment records of Troy Holdings.

13.

Over the past 5 years, defendants have refused to provide McDonald with the requested financial statements and investment records of Troy Holdings.

14.

Over the past 5 years, McDonald has on numerous occasions requested that defendants return to her portions of the money she provided to Troy Holdings.

15.

Over the past 5 years, despite repeated requests, defendants have never returned to McDonald any of the money she provided to Troy Holdings.

16.

Over the past 5 years, Kahn and Law Office have assisted McDonald with the preparation of tax returns.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

17.

Over the past 5 years, McDonald has repeatedly requested that Kahn and Law Office provide McDonald with copies of tax returns prepared and filed on behalf of McDonald.

18.

Over the past 5 years, Kahn and Law Office have refused to provide McDonald with copies of tax returns prepared on behalf of McDonald.

19.

Over the past 3 years, Kahn and Law Office have represented McDonald regarding her 2013 tax return and a fine/penalty assessed by the Internal Revenue Service with respect to that tax return.

20.

Over the past 3 years, McDonald has repeatedly requested that Kahn and Law Office provide her with documentation of the dealings with the Internal Revenue Service with respect to the 2013 tax return.

21.

Over the past 3 years, Kahn and Law Office have refused to provide McDonald with the requested documentation of the dealings with the Internal Revenue Service with respect to the 2013 tax return.

22.

Over the past 5 years, Kahn and Law Office prepared a Last Will and Testament for McDonald.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 4 -

23.

Over the past 5 years, McDonald has repeatedly requested that Kahn and Law Office provide her with the original of the Last Will and Testament.

24.

Over the past 5 years, Kahn and Law Office have refused to provide McDonald with the original of the Last Will and Testament.

25.

Kahn and Law Office prepared McDonald's 2015 tax returns, which McDonald signed.

26.

Kahn and Law Office falsely represented to McDonald that the 2015 tax returns had been filed on McDonald's behalf.

27.

In fact, Kahn and Law Office did not file McDonald's 2015 tax returns.

**Count I – Simple Negligence**

28.

McDonald incorporates the allegations of paragraphs 1-27 of this Complaint as if fully set forth herein.

29.

Defendants had fiduciary and contractual duties to McDonald to act reasonably.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 5 -

30.

Defendants have breached their duties to McDonald by virtue of the acts and failures to act described in paragraphs 11, 13, 15, 18, 21, 24, and 25.

31.

As a direct and proximate result of defendants' breaches of their duties to McDonald, McDonald has incurred damages, including the loss of at least $300,000, in an amount to be proven at trial.

### Count II – Conversion

32.

McDonald incorporates the allegations of paragraphs 1-31 of this Complaint as if fully set forth herein.

33.

Defendants solicited McDonald to provide approximately $300,000 to Troy Holdings, which she did.

34.

Defendants' unauthorized assumption and exercise of the right of ownership over McDonald's funds constitutes conversion.

35.

As a direct and proximate result of the conversion, McDonald has been damaged in an amount to be determined at trial, but not less than $300,000.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 6 -

### Count III – Unjust Enrichment

36.

McDonald incorporates the allegations of paragraphs 1-35 of this Complaint as if fully set forth herein.

37.

Defendants solicited McDonald to provide approximately $300,000 to Troy Holdings, which she did.

38.

Defendants have used the money contributed by McDonald for their own purposes and not as any "investment" for McDonald.

39.

Defendants' improper use of McDonald's funds constitutes unjust enrichment.

40.

As a direct and proximate result of this unjust enrichment, McDonald has been damaged in an amount to be determined at trial, but not less than $300,000.

### Count IV – Assumpsit for Money Had and Received

41.

McDonald incorporates the allegations of paragraphs 1-40 of this Complaint as if fully set forth herein.

42.

Defendants solicited McDonald to provide approximately $300,000 to Troy Holdings, which she did.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 7 -

43.

Defendants have taken possession of the money provided by McDonald and have refused to return the money to McDonald.

44.

Defendants should be ordered by this Court to return to McDonald the funds provided to Troy Holdings.

### Count V- Replevin

45.

McDonald incorporates the allegations of paragraphs 1-44 of this Complaint as if fully set forth herein.

46.

Kahn and Law Office prepared tax returns and a Last Will and Testament for McDonald.

47.

McDonald has requested Kahn and Law Office provide her with the original Will and copies of the tax returns by Kahn and Law Office have refused to do so.

48.

Defendants Kahn and Law Office should be ordered by this Court to provide to McDonald the original Will and copies of the tax returns.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

## Count VI – Breach of Contract

49.

McDonald incorporates the allegations of paragraphs 1-48 of this Complaint as if fully set forth herein.

50.

Defendants Kahn and Law Office were parties to a contract with McDonald in which Kahn and Law Office would provide McDonald with legal and financial services in exchange for fees.

51.

McDonald has paid all applicable fees to Kahn and Law Office.

52.

Defendants Kahn and Law Office have breached the contract by virtue of their actions described in paragraphs 11, 13, 15, 18, 21, 24, and 35.

53.

As a direct and proximate result of this breach of contract, McDonald has been damaged in an amount to be determined at trial, but not less than $300,000.

## Count VII – Punitive Damages

54.

McDonald incorporates the allegations of paragraphs 1-53 of this Complaint as if fully set forth herein.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

55.

Pursuant to O.C.G.A. § 51-12-5.1, McDonald is entitled to punitive damages due to Defendants' willful misconduct, malice, fraud, wantonness, oppression, or the entire want of care which would raise the presumption of conscious indifference to consequences.

### Count VIII – Attorney's Fees and Expenses

56.

McDonald incorporates the allegations of paragraphs 1-55 of this Complaint as if fully set forth herein.

57.

Defendants' actions and failures to act in this matter constitute bad faith, stubborn litigiousness, and have caused McDonald unnecessary trouble and expense.

58.

Accordingly, McDonald is entitled to her attorney's fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11.

Wherefore, Plaintiffs Collette McDonald and Collette McDonald & Associates, LLC demand judgment against Defendants as follows:

a. That process issue against Defendants;

b. That judgment be rendered in favor of Plaintiff McDonald against Defendants, individually and jointly and severally for general damages in an amount to be proven at trial, but at least $300,000;

c. That judgment be rendered in favor of Plaintiff McDonald against

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 10 -

      Defendants, individually and jointly and severally, for exemplary and punitive damages in an amount to be determined, yet in excess of $500,000;

d.    That Plaintiff McDonald be awarded reasonable attorney's fees plus the costs of suit incurred in this action; and

e.    That the Court award any and other relief in this action that it deems just and appropriate.

      Respectfully submitted,

*/s/ Lawrence B. Domenico*
LAWRENCE B. DOMENICO
Georgia State Bar No. 003260
DEBORAH SHELLES CAMERON
Georgia State Bar No. 105369

Counsel for Plaintiffs Collette McDonald and Collette McDonald & Associates, LLC

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342-1386
(404) 256-0700
ldomenico@mfllaw.com
dcameron@mfllaw.com

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 11 -