# EXHIBIT 2

FILED 10/23/2017 3:19 PM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| COLLETTE MCDONALD AND COLLETTE MCDONALD & ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDER E. KAHN, THE LAW OFFICE OF ALEXANDER E. KAHN, LLC, AND TROY HOLDINGS, LLC, <br><br> Defendants. | CIVIL ACTION NO.: <br> 17FM17642-6 <br> CV |

## ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

The above-styled matter came before this Court on Plaintiffs' Motion for Default Judgment and Amended Motion for Default Judgment. This Court finds as follows:

On July 14, 2017, Plaintiffs filed their Complaint against Defendants alleging simple negligence, conversion, unjust enrichment, money had and received, replevin, breach of contract, and punitive damage after Defendants failed to return $300,000.00 to Plaintiff and failed to file tax returns on behalf of Plaintiffs. Defendants were served on July 26, 2017, and the Return of Service was filed on July 28, 2017. Forty-five (45) days have passed since Defendants were served, and Defendants still have not answered.

Accordingly, this Court finds that Defendants failed to respond to Plaintiffs' Complaint within thirty (30) days from the date of service. This Court further finds that an additional fifteen (15) days elapsed since the day of default and that Defendants failed to open default as a matter of right by the filing of any defensive pleadings. *See* O.C.G.A. § 9-11-55.

As such, Plaintiffs are entitled to verdict and judgment by default as if every item and paragraph of their Complaint were supported by proper evidence, without the intervention of a

GPY

jury. Id. **Therefore, based on the foregoing, this Court finds that this case is in default in accordance with O.C.G.A. § 9-11-55(a) and HEREBY AWARDS Plaintiffs a Default Judgment as to the issue of liability.**

Because the action involves unliquidated damages, Plaintiffs are required to introduce evidence and establish the amount of damages before this Court. Id. **This Court HEREBY ORDERS all parties and respective counsel to appear before this Court on the 4th day of December, 2017, at 9:00 a.m. for a hearing on damages.** in courtroom 7C, 7th floor

It is SO ORDERED, this 23 day of October, 2017.

J. P. BOULEE, Judge
Superior Court of DeKalb County
Stone Mountain Judicial Circuit

*Parties should bring own court reporter if they want the case reported.*

cc: Lawrence B. Domenico
Mozley Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342-1386

Alexander E. Kahn
Law Office of Alexander E. Kahn, LLC
3977 St. Clair Court
Atlanta, Georgia 30319