# EXHIBIT 3

FILED 12/4/2017 10:36 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| COLLETTE McDONALD and COLLETTE McDONALD & ASSOCIATES, LLC, ) ) ) Plaintiff, ) ) v. ) ) ALEXANDER E. KAHN, THE LAW ) OFFICE OF ALEXANDER E. KAHN, LLC, ) and TROY HOLDINGS, LLC, ) ) Defendants. ) | CIVIL ACTION FILE NO.: 17CV7642 -6 |

### FINAL JUDGMENT

The above-styled matter came before this Court on December 4, 2017, for a damages hearing following the Court's Order of October 23, 2017 granting Plaintiffs' Motion for Default Judgment and Amended Motion for Default Judgment. The Plaintiffs' appeared and presented evidence of their damages. The Defendants ~~did~~/did not appear. The Court finds as follows:

The Plaintiffs presented evidence of damages in the amount of $614,883.00. The Court finds that these damages are the direct and proximate results of Defendants actions and therefore, the Court grants the Plaintiffs judgment against the Defendants in the amount of $614,833.00.

In addition, the Plaintiffs presented evidence of attorney's fees of 8,694.00, and the Court finds that Plaintiffs are entitled to these attorney's fees under O.C.G.A. §13-6-11.

~~In addition, the Plaintiffs have sought punitive damages in order to deter Defendants from similar willful misconduct and fraud in the future. The Court finds that an award of punitive damages in the amount of $500,000.00 is an appropriate sum under the facts of this case.~~

Accordingly, the Court awards Plaintiffs judgment against the Defendants in the total amount of $~~1,123,577.00,~~ 623,577.00 plus court costs.

GPY

It is SO ORDERED, this 4 day of December, 2017.

J. P. BOULEE, Judge
Superior Court of DeKalb County
Stone Mountain Judicial Circuit

cc:  Lawrence B. Domenico
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342-1386

Alexander E. Kahn
Law Office of Alexander E. Kahn, LLC
3977 St. Clair Court
Atlanta, Georgia 30319