**IT IS ORDERED as set forth below:**

**Date: May 27, 2020**

_Sage M. Sigler_

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| **ALEXANDER ELLIOTT KAHN and KATHERINE ELIZABETH KAHN** | **Case No. 19-67743-SMS** |
| **COLLETTE MCDONALD and COLLETTE MCDONALD & ASSOCIATES, LLC,** | **Adversary Proceeding** |
| PLAINTIFFS, | **Case No.: 20-06041-SMS** |
| v. | |
| **ALEXANDER ELLIOTT KAHN,** | |
| DEFENDANT. | |

## CONSENT SCHEDULING ORDER

Upon review of the information contained in the Rule 26(f) Report completed and

filed by the parties on **May 12, 2020** and incorporated herein, it is

**ORDERED** that the time limits and provisions stated in the Report are

**APPROVED.**


**END OF DOCUMENT**


**PREPARED BY:**

/s/ *Deborah Shelles Cameron*
Lawrence B. Domenico, Esq.
Georgia Bar No. 003260
Deborah Shelles Cameron, Esq.
Georgia Bar No. 105369
Mozley, Finlayson & Loggins LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338
dcameron@mfllaw.com
T:  404.256.0700
*Counsel for Plaintiff*


**CONSENTED TO BY:**

/s/ *Michael R. Rethinger*
Michael R. Rethinger, Esq.
Georgia Bar No. 301215
(*by Deborah Shelles Cameron with express permission*)
Law Office of Michael R. Rethinger
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia  30303
T:  770.922.0066
michael@rethingerlaw.com
*Counsel for Defendant*

## DISTRIBUTION LIST

Lawrence B. Domenico, Esq.
Deborah Shelles Cameron, Esq.
Mozley, Finlayson & Loggins LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338
ldomenico@mfllaw.com
dcameron@mfllaw.com


Michael R. Rethinger, Esq.
Law Office of Michael R. Rethinger
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia  30303
michael@rethingerlaw.com