# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| ALEXANDER ELLIOTT KAHN and KATHERINE ELIZABETH KAHN | Case No. 19-67743-SMS |
| COLLETTE MCDONALD and COLLETTE MCDONALD & ASSOCIATES, LLC, | Adversary Proceeding |
| PLAINTIFFS, | Case No.: 20-06041-SMS |
| v. | |
| ALEXANDER ELLIOTT KAHN, | |
| DEFENDANT. | |

## CERTIFICATE OF SERVICE

Pursuant to BLR 7026-3, I hereby certify that, on July 20, 2020 I electronically served ***Plaintiffs' First Interrogatories to Defendant*** and ***Plaintiffs' First Requests for Production of Documents to Defendant*** by email to counsel of record:

Michael J. Rethinger, Esq.
Law Offices of Michael R. Rethinger, LLC
michael@rethingerlaw.com

Will B. Geer, Esq.
Wiggam & Geer, LLC
wgeer@wiggamgeer.com

This 20th day of July, 2020.

/s/ *Deborah Shelles Cameron*
Deborah Shelles Cameron
Georgia Bar No. 105369